LINDBERGH PORTER, Bar No. 100091
RICHARD H. RAHM, Bar No. 130728
ALISON S. HIGHTOWER, Bar No. 112429
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE CAMPOCHIARO,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. CV 10-02556 EMC<br><br>**STIPULATION AND [PROPOSED]　ORDER EXTENDING TIME TO EXCHANGE INITIAL DISCLOSURES**<br><br>**[FED. R. CIV. P. 26 (A)(1)]** |

WHEREAS Plaintiff requested that the parties exchange Rule 26 Disclosures to fill in any gaps in discovery pending anticipated mediation on April 16, 2012;

WHEREAS this Court ordered such disclosures by March 30, 2012 in this and nine other pending cases between plaintiffs represented by the same counsel and Defendant Wells Fargo Bank, N.A. making similar allegations;

WHEREAS the exigencies of gathering information for ten cases justifies granting the parties additional time in order to provide complete disclosures;

Plaintiff and Defendant hereby stipulate to extend the time to exchange initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, by one week, to April 6, 2012.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER RE INITIAL DISCLOSURES | 1. | Case No. CV 10-02556 EMC

IT IS SO STIPULATED.

Dated: March 27, 2012

/s/ Kevin J. McInerney
Kevin J. McInerney
McINERNEY & JONES
Attorneys for Plaintiff

Dated: March 27, 2012

/s/ Lindbergh Porter, Jr.
LINDBERGH PORTER, JR.
LITTLER MENDELSON, P.C.
Attorneys for Defendant
WELLS FARGO BANK, N.A.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 30, 2012

THE HON.
JUDGE OF THE
D.

*IT IS SO ORDERED*
Judge Edward M. Chen

Firmwide:110035976.1 051995.1020

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND ORDER RE INITIAL DISCLOSURES | 2. | Case No. CV 10-02556 EMC